■ CHARLES TERWILLIGER et al., Respondents, v MAX Co., LTD., et al., Appellants. (Appeal No. 2.) [27 NYS3d 411]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered January 20, 2015. The order, insofar as appealed from, granted in part the motions of plaintiffs for leave to reargue and, upon reargument, denied that part of the motion of defendants seeking summary judgment dismissing the claim of breach of implied warranty of merchantability/fitness for ordinary purposes.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Terwilliger v Max Co., Ltd.* ([appeal No. 1] 137 AD3d 1699 [2016]). Present—Smith, J.P., Peradotto, Curran and Scudder, JJ.

■ DARA R. CUNNINGHAM, Appellant, v ARLYN C. CUNNINGHAM, JR., Respondent. In the Matter of DARA R. CUNNINGHAM, Appellant, v ARLYN C. CUNNINGHAM, JR., Respondent. (Appeal No. 1.) [27 NYS3d 412]—Appeal from an order of the Supreme Court, Yates County (Dennis F. Bender, A.J.), dated July 24, 2014. The order, inter alia, awarded sole legal custody of the parties' child to defendant-respondent and dismissed plaintiff-petitioner's family offense petition.

It is hereby ordered that said appeal insofar as it challenges the award of custody to defendant-respondent is unanimously dismissed, and the order is affirmed without costs.

Same memorandum as in *Cunningham v Cunningham* ([appeal No. 3] 137 AD3d 1704 [2016]). Present—Smith, J.P., Peradotto, Nemoyer, Curran and Scudder, JJ.